IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>F. NUNEZ, et al.,<br><br>　　　　Respondent.<br>_____/ | 1:07-cv-00606-LJO-GSA (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS.<br><br>(DOCUMENT #12)<br><br>(30) THIRTY DAY DEADLINE |

　　　Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On October 22, 2007, petitioner filed a motion to extend time to file Objections to Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Petitioner is granted thirty days from the date of service of this order in which to file Objections to Findings and Recommendations.

　　　IT IS SO ORDERED.

　**Dated:** **November 14, 2007**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE