IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS,<br><br>        Petitioner,<br><br>    vs.<br><br>F. NUNEZ, et al.,<br><br>        Respondents.<br>_____/ | 1:07-cv-0606 LJO GSA HC<br><br>ORDER GRANTING PETITIONER'S THIRD AND FINAL REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #16)<br><br>THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On February 19, 2008, petitioner filed a motion to extend time to file objections to the Findings and Recommendations issued on September 28, 2007 (Doc. 10). Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections to the Findings and Recommendations issued on September 28, 2007. Given Petitioner will now have had over six months to file objections, **no further requests for extensions of time will be granted**.

IT IS SO ORDERED.

Dated:    **March 4, 2008**              **/s/ Gary S. Austin**
                                 UNITED STATES MAGISTRATE JUDGE